In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00306-CV**
_____

**JOHN P. SUITTS AND KELLY A. MARCHMAN-SUITTS, Appellants**

**V.**

**RUDY R. AMADOR AND CAROLYN S. AMADOR, Appellees**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-05-07672-CV**

**MEMORANDUM OPINION**

Rudy R. Amador and Carolyn S. Amador, Cross-Appellants, filed an unopposed motion to dismiss their cross-appeal. *See* Tex. R. App. P. 42.1(a)(1), (b). Cross-Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the cross-appeal. The Amadors will remain parties to the appeal as the Appellees.

1

CROSS-APPEAL DISMISSED.

PER CURIAM

Submitted on August 27, 2025
Opinion Delivered August 28, 2025

Before Golemon, C.J., Wright and Chambers, JJ.